### In re WALTER E. McMILLAN.

No. A-1510.  Opinion Filed May 24, 1913.

Jennings & Levy, and Miller & Gray, for petitioner.

PER CURIAM.  Upon a duly verified petition a writ issued returnable forthwith.  It appears from the petition that Walter E. McMillan is held by the respondent, Jack Spain, sheriff of Oklahoma county on a warrant issued on a complaint charging petitioner with being a fugitive from justice from the state of Kansas.  Upon a hearing had upon the return of the writ, it was held that there was no irregularity in the proceeding for the arrest and detention of the petitioner sufficient to authorize his release.  The writ is therefore discharged and petitioner remanded to the custody of the respondent.

---

### CARL OELKE v. STATE.

Nos. A-1575 and A-1577.  Opinion Filed May 24, 1913.

Appeal from Canadian County Court;

W. A. Maurer, Judge.

Carl Oelke was convicted of violating the prohibitory law, in two cases, and appeals.  Affirmed, as to A-1575, and reversed, as to A-1577.

Forrest & Sanson, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.  The plaintiff in error, Carl Oelke, was tried and convicted at the October, 1911, term of the county court of Canadian county on two charges of selling intoxicating liquors.  In No. A-1575 his punishment was fixed at imprisonment in the county jail for a period of six months and a fine of five hundred dollars; and in No. A-1577 at imprisonment for ninety days and a fine of three hundred fifty dollars.  The prosecuting witnesses were the same in each of these cases, and it appears from the facts in both records that these convictions grew out of the same transaction.

It is our conclusion that but one of these convictions should be sustained.  We think the judgment in No. A-1575, imposing a fine of five hundred dollars and imprisonment for a period of six months, should be affirmed; and it is so ordered.  And for the reason stated the judgment in No. A1577 should be reversed, with directions to the trial court to dismiss the prosecution; and it is so ordered.